UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

          vs.

MATTHEW STEELE,

                    Defendant.
_____

**24-CR-116**
**NOTICE OF MOTION AND**
**MOTION TO ADJOURN**

**PLEASE TAKE NOTICE**, that the undersigned, JEREMY D. SCHWARTZ, ESQ., attorney for the defendant upon all the papers and proceedings heretofore had herein, hereby moves for an adjournment of the plea proceeding scheduled for February 6, 2025 to February 12, 2025.

<u>**AFFIRMATION**</u>

**JEREMY D. SCHWARTZ, ESQ**., an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1)      I represent the defendant, MATTHEW STEELE, in the above entitled action brought by the United States of America and as such am familiar with the facts and circumstances of the case.

2)      The Court scheduled a change of plea proceeding for February 6, 2025.

3)      Counsel is not able to appear for the proceeding due to an unavoidable circumstance.

4)      Therefore, it is respectfully requested that the Court adjourn that hearing until February 12, 2025.

5)    It is agreed that any extension granted is excludable under the Speedy Trial Act  for continuity of counselas well as the Federal Rules of Criminal Procedure.


**WHEREFORE**, it is respectfully requested that the Court grant the foregoing requested adjournment.

**DATED:**    Buffalo, New York, February 6, 2025

Respectfully Submitted,

/s/ Jeremy D. Schwartz

JEREMY D. SCHWARTZ, ESQ.
561 Ridge Road
Lackawanna, New York 14218
(716)823-2558 (T)
(716)822-0009 (F)
jschwartz@buffalodefenselaw.com

TO:    AARON MANGO
       Assistant United States Attorney