Your Honor,

I am writting to inform you that I am terminating my Current legal Councile Representation with Jearamy Schwartz effective immediatly. I am terminating this Relationship due to irreconcilable differences. At this time I am looking to retain new legal Councile to represent me in these matters.

Respectfully Submitted,

Matthew Steele

Matthew Steele

Matthew Steele
Platt St.
Albeon NY 14411

24cr116

Honorable John L. Sinatra Jr.
United States District Judge
United States Court House
2 Niagra Sq.
Buffalo NY. 14202

ROCHESTER NY 144
1 MAR 2025 PM 1 L

USDC - WDNY
MAR - 3 2025
BUFFALO

14202-385050