IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.               24-CR-116

MATTHEW W. STEELE,

      Defendant.

---

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government adopts the findings of the Presentence Report with respect to sentencing factors except as to the calculation of the defendant's advisory guideline range relating to Count 10. The plea agreement differs from the Sentencing Guideline calculation in the Presentence Report in that the plea agreement calculated the defendant's adjusted offense level for Count 10 as 33, whereas the Presentence Report calculated the defendant's adjusted offense level for Count 10 as 35 based on application of U.S.S.G. § 2G2.2(b)(3)(F) and § 2G2.2(b)(7)(C). Pursuant to *United States v. Lawlor*, 168 F.3d 633 (2d Cir. 1999), the government is bound to advocate the calculation in the plea agreement.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three (3) business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by

personal check, cashier's check or certified funds to the United States District Court Clerk. The defendant is further subject to a special assessment of $5,000, unless he is indigent, pursuant to 18 U.S.C. § 3014, and is subject to an assessment of not more than $50,000 for the offense of conviction in Count 1 and $17,000 for the offense of conviction in Count 10, all pursuant to 18 U.S.C. § 2259A(a), in addition to any other criminal penalty, restitution, or special assessment. Restitution shall be required in an amount of not less than $3,000 per victim.

It is requested that the Court order that all financial obligations be due immediately.

In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

> Asset Forfeiture/Financial Litigation Unit
> U.S. Attorney's Office WDNY
> 138 Delaware Avenue
> Buffalo, New York 14202

If a letter is not received within ten (10) days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the

defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

DATED:    Buffalo, New York, July 16, 2025.

        MICHAEL DIGIACOMO
        United States Attorney

BY:    s/AARON J. MANGO
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5882
        Aaron.Mango@usdoj.gov