## <u>Acceptance of Responsibility</u>

I am sorry for what I did and for the pain that I caused.  I understand that my actions caused irreversible and lasting harm.   I am deeply sorry for what my actions did to my victim.  I would do anything to undo what I have done.

I was raised in a very religious household.  I strayed from God.  I know my actions were wrong and inexcusable.   I did not follow the example set by my family, and I did not follow the example set in Church.  I sinned in a terrible way.  I am so, so sorry for what I did.

Before I was arrested, for a long time I thought about the harm I had caused.  I thought about its impact on my victim and on my relationship with God.  I stayed awake at night and tried to think of a way to make things right.  I wanted to do anything I could to make amends.  Sometimes, I hoped I would get caught.

Now I have a new focus.  I accept the consequences that will be imposed by the Court.  I want to do whatever I can to atone for my sins and to make things right.  I know there is nothing I can do to fully make up for the hurt that I have caused.  I hope that my sentence brings healing and closure to everyone.  I know it is a chance to make penance on Earth.  I will use each day to do what I can to make things right.