Dec 8th 2025

To: Judge John L. Sinatra Jr.
United States District Judge
2 Niagara Sq.
Buffalo NY 14202

Judge John Sinatra,

My name is Rebecca Procyshyn I am Matt Steele's older sister. Our relationship has had many ups and downs over the years. I left home as a teenager and was not allowed contact with my younger siblings while they still lived at home, needles to say this made a relationship difficult for many years. While Matt was still in high school he participated in a school play. I heard about it and showed up to show my support, he was so happy to see me, at this point we both realized that time and distance would not effect our long term relationship, we would always be brother and sister and there to support each other.

Unfortunately this was a how our relationship was for more years then I would have liked. Eventually Matt moved out and got his own place. It took time but we grew close again. Our family started an annual fall camping trip. We would have as many as 25 people show up, all family. Matt was always there and ready to help anyone who needed it from providing an extra blanket, help setting up or sharing his food. Last year we had our first trip without him, he was very much missed.

Matt has never been perfect and we have had our disagreements but I always knew he would be there for me and my family. Once our car broke down not only did he pick us up, but for the next couple days he would pick me up from work and drive me home. It was not a big gesture but it helped us a lot, the little things that he did was really appreciated and will be missed until he is released.

Matt has been a big part of all our family dinners, events and functions. We have Thanksgiving breakfast these days as my children are all adults with their own kids, the first one without Matt was a little sad, not knowing how many more years it would be before he will be able to join us again.

We all know Matt has made mistakes and bad decisions but my family looks forward to Matt joining us for breakfast, camping and other family events again. I miss him and love him despite his imperfections. I look forward to the day I can sit down and enjoy a good conversation, good food and a peaceful campfire with him again.

Thank you for time and consideration
Rebeccca Procyshyn