**Michael Cedro**

**6609 Lake Shore Road**

**Derby, NY 14047**

**December 10, 2025**

**To whom it may concern,**

I am writing this letter to provide a character reference for Matthew Steele. My name is Michael Cedro, I have known Matthew Steele for 29 years and within that time he was my employee for 5 years. Throughout my friendship and time working with Matthew Steele, he has consistently demonstrated kindness, dependability, and a strong character.

Matthew Steele has shown unwavering dedication to his family, friends, and career. As a company employee, he excels in his tasks and demonstrates excellent customer service skills, frequently exceeding expectations to assist customers. He was always punctual.  His dedication and work ethic are truly commendable, earning the respect of both myself and many customers.

Matthew Steele was committed to his family, always prioritizing them. He was dedicated to spending quality time with his family, such as attending camping trips, and he cherished sharing stories about these experiences. Matthew consistently looked forward to being with his loved ones.

As I reflect on my friendship with Matthew, I recall the enjoyable moments we shared, particularly our common interests in cars and music. We could engage in long conversations about cars. Matthew ran a small DJ business, which I occasionally assisted with, and those times were filled with fun. I also cherish our memorable camping outings and the simple pleasure of just hanging out. Matthew was the type of friend you could rely on for conversation, help, and support.

In conclusion, Matthew was a happy person in general. He always had a positive outlook on life and always had a smile on his face. To this day, I have customers ask how he's doing, and they often comment on his pleasant personality. I look forward to one day hanging out and talking about cars, something we've always enjoyed together.

Sincerely,

**Michael Cedro**

**wheelman850@gmail.com**