Dear John L. Sinatra, Jr.,                                          Nov 24, 2025

Thank you for this opportunity to share what an upstanding member of the community my son Matthew Steele is and what wonderful and considerate family member as well.

Matthew has been loved and respected by his family as we watched him grow into a man of whom we are very proud.

He has always been an active participant in family projects, gatherings and times of sharing.

As he moved toward independence from a nurturing family, he found gainful employment and has always held a productive job that has enabled him to contribute monetarily to the community through responsible payment of taxes.

As he made a place for himself in society, he was able to purchase his own home in a comfortable neighborhood which he owns to this day. Key to his responsible nature is his ability to always have reliable transportation to insure his consistent and dependable attendance at work, a mark of his dedication to his commitment to his employer of many years.

He has never hesitated to step up when friends or family were in need and has made himself available to assist in every way possible and could be counted on to provide his time, energy, or financial assistance.

As his mother I can attest to my pride in the family commitment that Matthew has lived by and the integral part he plays in making our family complete. His absence in our lives is devastating and I know I speak for all of us – his step Dad, and all his brothers and sisters, as well as nieces and nephews – when I say we are grieved by the loss of his companionship.

The idea that this 77-year-old mother and his 82-year step dad might never see our son again during an interminable incarceration, at a location further than we are, at this stage of life capable of travelling, is unbearable leaving us hopeful of mercy.

We look forward to the possibility of his release or shorter sentence with the secure knowledge that Matthew will continue to exhibit the same responsibility to the conditions of release as he has exhibited in taking up the roll of son, brother, uncle and neighbor with the continued forgiveness and support of all of us.

Sincerely,

Sandra Krytus

(Matthew's mother)