12-9-25

Dear Judge Sinatra Jr.

I'm writing in regards to Matthew Steele who is my older brother. He has always been an amazing big brother as far back as I can remember.
A few key memories stick out from very young

- he used to let me ride bikes w/ him & the older kids & if I started to fall behind he would ride alongside me & give me a push to catch up.

- On my first day of kindergarten he helped me find my name on the lists & took me to class.

- Our parents were crazy strict & even though Matt took the brunt of the discipline, he never told on the rest of us. He just accepted the blame.

- As soon as he got his liscense he would drive us all over - to the mall, Darien Lake, church functions. It was so nice to finally get out of the house & do fun things. It was always at his expense - his money to pay gas, insurance, food, etc. He never complained

about it.

More recently:
He was working at our "sister" greenhouse & I was constantly getting "oh, youre Matt's sister!" People loved him & would always have some happy story to share about how Matt went above & beyond in his customer service & making people laugh. The other employees were always telling me what a good worker he was.

When he attended my daughters summer gathering my mother-in-law was there also & she kept saying "I haven't laughed so hard in years! What a delight he is!"

Matt also worked for me one season helping plant mums & lay them in the fields. We grow 125K mums so it's a huge undertaking. We hire teenagers to help. They all loved working w/ Matt as he kept the mood upbeat & fun & encouraged tired ones to keep going!

Currently: I try to visit Matt as much as possible or he calls me. I have learned a few lessons from him since his incarceration. He tries to encourage me with bible verses, tell different ways that God

has helped in rough situations.

There's so many more things I could list but ~~to time~~ your time is valuble. Matt has always been kind, compassionate, giving, patient, hard working and sacraficing. Thank you for reading this.

Rachel Vitali