IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                        24-CR-116

MATTHEW W. STEELE,

              Defendant.

_____

## GOVERNMENT'S MOTION FOR A
## PROTECTIVE ORDER AND ORDER TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Aaron J. Mango, Assistant United States Attorney, hereby moves the Court for a Protective Order pursuant to Title 18, United States Code, Section 3509(d)(1) and for an Order permitting the filing of victim impact statements under seal, for the reasons set forth below.

      1.      On April 15, 2025, MATTHEW W. STEELE, pled guilty to count 1 and count 10 of the Indictment charging him with a violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B). Sentencing is scheduled for March 31, 2026.

      2.      The Government has complied with the Justice For All Act, Title 18, United States Code, Section 3771(b), by notifying the victims about the charges and plea. It is

anticipated that the government will receive victim impact statements and/or restitution requests from the victims of the defendant's conduct. Title 18, United States Code, Section 3509(d) authorizes the filing under seal of the name or any other information concerning a child. Furthermore, Title 18, United States Code, Section 3509(d)(1) requires the Government, the defendant and defense counsel, among other things to "keep all documents that disclose the name or any other information concerning the child in a secure place and shall disclose the documents only to persons who by reason of their participation in the proceeding have a reason to know the information." Additionally, Title 18, United States Code, Section 3771(a)(8) makes clear that a victim has "the right to be treated with fairness and with respect for the victim's dignity and privacy." Since victim impact statements, as well as restitution requests, may contain the name of child victims as well as other identifying and personal information, the government requests the Court to seal any victim impact statements and/or restitution requests, and issue a Protective Order limiting disclosure.

3.      Pursuant to Title 18, United States Code, Section 3509(d), it is further requested that the material and copies referenced in Paragraph 2, shall not be disclosed to the media or any other person or entity except to those persons who, by reason of their participation in the proceeding, are entitled. Nothing shall prohibit a party from using the material in connection with the proceedings in this litigation, including appeal or any collateral enforcement proceedings.

4.  It is further requested that copies shall not be provided to third parties except those employed or engaged for the purpose of this litigation, who shall also be bound by order of the Court.

DATED:   Buffalo, New York, February 4, 2026.

                                            Respectfully submitted,

                                            MICHAEL DIGIACOMO
                                            United States Attorney

BY:    s/AARON J. MANGO
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Ave.
         Buffalo, New York 14202
         (716) 843-5882
         Aaron.Mango@usdoj.gov